■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS MANIGAULT, Appellant. [966 NYS2d 666]—Order, Supreme Court, Bronx County (Dominic R. Massaro, J.), entered October

26, 2012, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

The court properly exercised its discretion in determining that substantial justice dictated the denial of defendant's motion for resentencing. Defendant's lengthy criminal record, his unsatisfactory prison disciplinary record, and his history of absconding from drug treatment and work release outweighed the mitigating factors he cites (*see e.g. People v Marti*, 81 AD3d 418 [1st Dept 2011], *lv denied* 17 NY3d 798 [2011]). Concur—Tom, J.P., Friedman, Freedman and Feinman, JJ.